**Dennis M. O'HARA, Petitioner-Appellant,**

v.

**COMPTROLLER OF MARYLAND; Commissioner of Internal Revenue Service, Respondents-Appellees.**

**No. 16-1684**

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Dennis M. O'Hara, Appellant Pro Se. Michael Joseph Salem, Office of the Attorney General of Maryland, Annapolis, Maryland; Bruce R. Ellisen, Jennifer Marie Rubin, United States Department of Justice, Washington, D.C., for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis M. O'Hara appeals the district court's orders dismissing his petition for writ of mandamus for lack of subject matter jurisdiction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. O'Hara v. Comptroller of Md., No. 8:14–cv–04044–TDC, 2015 WL 6739154, 2016 WL 2760337 (D. Md. Nov. 3, 2015 & May 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED